Michelle M. Sekowski
HERRICK, FEINSTEIN LLP
One Gateway Center, 22nd Floor
Newark, New Jersey 07102
Telephone:  (973) 274-2070
Facsimile:  (973) 274-6447
Email:  msekowski@herrick.com

Jason B. Mollick
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 497-7700
Facsimile:  (212) 999-5899
Email:  jmollick@wsgr.com

*Counsel for Google LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ALEXANDER Z. MURGULY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC, KELLY LOCKE OF US BANK, CHASE BANK, TCF NATIONAL BANK, FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-14471-MAS-ZNQ |

**GOOGLE LLC'S OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

On March 30, 2020, *pro se* Plaintiff Alexander Z. Murguly filed a "motion to discover" from Google LLC ("Google") "(1) documentation proving that Google's Google Job Search tool has Google's 'strongest security technologies' built-in and (2) documentation proving that Google constantly strengthens those technologies to detect and protect against evolving online threats."  ECF No. 31 at 2.

Google is no longer an active defendant in this case.  The Court granted its Motion to Dismiss (ECF No. 11) on February 25, 2020, finding that Plaintiff's claims against it are barred by Section 230 of the Communications Decency Act, 47 U.S.C. § 230.  *See* ECF No. 27 at 5-6 (Memorandum Opinion, also dismissing Plaintiff's claims against the United States).  The Court further ordered that "[i]f Plaintiff fails to move to amend by March 30, 2020, the matter will be dismissed with prejudice as to Google and the United States."  ECF No. 28 ¶ 5 (Order).

Plaintiff did not move to amend.  Instead, he seeks discovery from Google even though (a) there is no active complaint against it, (b) he never served a document request or subpoena of any kind, and (c) the demanded discovery is, among other things, wholly irrelevant to Google's immunity from suit under Section 230.

Accordingly, the Court should deny Plaintiff's "motion to discover" and dismiss Google with prejudice pursuant to the February 25, 2020 Order.

-2-

Dated:  April 16, 2020

Respectfully submitted,

HERRICK, FEINSTEIN LLP

By: *s/ Michelle M. Sekowski*

Michelle M. Sekowski
One Gateway Center
Newark, New Jersey 07102
Telephone:  (973) 274-2070
Facsimile:  (973) 274-6447
Email:  msekowski@herrick.com

Jason B. Mollick
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 497-7700
Facsimile:  (212) 999-5899
Email:  jmollick@wsgr.com

*Counsel for Google LLC*